UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

CHRIS RISTICK,
and all others similarly situated,

    Plaintiffs,

v.                                         C.A. No.:       1:18-cv-06805
                                                  **COLLECTIVE ACTION**

COMPREHENSIVE QUALITY
CARE, INC. FOUNDATION, ET AL.,

    Defendants.
_____/

**STIPLATED MOTION FOR ENTRY OF CONSENT JUDGMENT AND
DISMISSAL WITH PREJUDICE**

Plaintiff, CHRIS RISTICK, and Defendant, JOHN MARSHALL TAR, stipulate and agree that attached Consent Judgment shall be rendered in favor of Plaintiff and against the Defendant, JOHN MARSHALL TAR, for the sum of $10,000.00. This amount resolves all of the Plaintiff's claims against the Defendant, JOHN MARSHALL TAR.

Plaintiff, CHRIS RISTICK, and Defendant, JOHN MARSHALL TAR, further stipulate and agree to the dismissal of Plaintiff's claims asserted in this action against Defendant, JOHN MARSHALL TAR, with prejudice.

                                                */s/ Charles L. Scalise*
                                                **CHARLES L. SCALISE**
                                                Texas Bar No. 24064621
                                                Attorney-in-Charge
                                                DANIEL B. ROSS
                                                Texas Bar No. 00789810
                                                **ROSS • SCALISE LAW GROUP**
                                                1104 San Antonio Street
                                                Austin, Texas 78701
                                                (512) 474-7677 Telephone
                                                (512) 474-5306 Facsimile
                                                Charles@rosslawgroup.com
                                                **ATTORNEYS FOR PLAINTIFF**

*/s/ Elizabeth C. Darko*
ELIZABETH C. DARKO
The Darko Firm
1328 East 75th Street
Chicago IL  60619
773-324-3939 (Phone)
773-324-3931 (Fax)
E-Mail: thedarkofirm@gmail.com

**ATTORNEY FOR DEFENDANTS**